**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-2142**

———————

BRIANA BETHEA, individually and on behalf of all similarly situated,

             Plaintiff - Appellant,

        v.

FIRST CITIZENS BANK & TRUST COMPANY; JASON MAURER, individually;
ERIC CRAIN, individually; REEVES SKEEN, individually,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at
Charleston.  Bruce H. Hendricks, District Judge.  (2:22-cv-02790-BHH)

———————

Submitted:  May 30, 2024                    Decided:  August 29, 2024

———————

Before RUSHING and BENJAMIN, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

**ON BRIEF:** Paul J. Doolittle, Blake G. Abbott, POULIN | WILLEY | ANASTOPOULO,
LLC, Charleston, South Carolina; Casey Martens, KIM & LAHEY LAW FIRM, LLC,
Greenville, South Carolina, for Appellant.  F. Beau Howard, Nicholas B. Corser, FOX
ROTHSCHILD LLP, Atlanta, Georgia; Matthew Nis Leerberg, FOX ROTHSCHILD LLP,
Raleigh, North Carolina; Stephen C. Mitchell, J. Hagood Tighe, Phillips L. McWilliams,
FISHER & PHILLIPS LLP, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Briana Bethea appeals the district court's order granting Defendants' motions to dismiss Bethea's claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the Equal Pay Act, 29 U.S.C. § 206(d); and 42 U.S.C. § 1981.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Bethea v. First Citizens Bank & Tr. Co.*, No. 2:22-cv-02790-BHH (D.S.C. Sept. 28, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*